UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,

v.

DILLON MICHAEL DEAN and THE
ENTREPRENEURS HEADQUARTERS
LIMITED,

                Defendants.

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Case Number 18-cv-00345 (SJF) (AYS)

TO:    Dillon Michael Dean
         1003 Venice St.
         Longmont, CO 80501

         The Entrepreneurs Headquarters Limited
         c/o Dillon Michael Dean
         1003 Venice St.
         Longmont, CO 80501

      PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant David W. MacGregor, a Chief Trial Attorney in the Division of Enforcement of the Commodity Futures Trading Commission and a member in good standing of the bar of the State of New Jersey, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff Commodity Futures Trading Commission, an independent federal regulatory agency. There are no pending disciplinary proceedings against movant in any State or Federal court.

...

Dated: February 1, 2018  
      New York, New York

Respectfully submitted,

COMMODITY FUTURES TRADING COMMISSION

By: s/ David W. MacGregor  
David W. MacGregor  
Chief Trial Attorney  
dmacgregor@cftc.gov  
(646) 746-9762

Commodity Futures Trading Commission  
Division of Enforcement  
140 Broadway, 19th Floor  
New York, NY 10005  
Phone: (646) 746-9700  
Fax: (646) 746-9940

ATTORNEYS FOR PLAINTIFF  
COMMODITY FUTURES TRADING COMMISSION