UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING COMMISSION,

           Plaintiff,

v.

DILLON MICHAEL DEAN and THE ENTREPRENEURS HEADQUARTERS LIMITED,

           Defendants.

Case Number 18-cv-00345 (SJF) (AYS)

---

**DECLARATION OF DAVID W. MacGREGOR IN SUPPORT
OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, David W. MacGregor, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, the following:

1. I am a Chief Trial Attorney with the Commodity Futures Trading Commission's Division of Enforcement.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of New Jersey.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have never been convicted of a felony

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Commodity Futures Trading Commission.

Dated:  February 1, 2018                     s/ David W. MacGregor
                                                           David W. MacGregor
                                                           Chief Trial Attorney
                                                           Commodity Futures Trading Commission
                                                           Division of Enforcement
                                                           140 Broadway, 19th Floor
                                                           New York, NY  10005
                                                           dmacgregor@cftc.gov
                                                           (646) 746-9762

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **DAVID W MAC GREGOR** (No. **016401982**) was constituted and appointed an Attorney at Law of New Jersey on **December 16, 1982** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **25TH** day of **January**, 20**18**

Clerk of the Supreme Court

-453a-