UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>DILLON MICHAEL DEAN and THE ENTREPRENEURS HEADQUARTERS LIMITED,<br><br>                    Defendants. | Case Number 18-cv-00345 (SJF) (AYS) |

**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE**

The motion for admission of David W. MacGregor to practice *pro hac vice* in the above-captioned matter is granted. Movant has declared that he is a member in good standing of the bar of the State of New Jersey and that his contact information is as follows:

> David W. MacGregor
> Chief Trial Attorney
> Commodity Futures Trading Commission
> Division of Enforcement
> 140 Broadway, 19th Floor
> New York, NY  10005
> Phone:  (646) 746-9762
> Fax:     (646) 746-9940
> Email:  dmacgregor@cftc.gov

Movant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff in the above-entitled action;

IT IS HEREBY ORDERED that David W. MacGregor is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of

New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                         _____

                                                                                       Hon. Sandra J. Feuerstein