UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                       Plaintiff,<br><br>v.<br><br>DILLON MICHAEL DEAN and THE ENTREPRENEURS HEADQUARTERS LIMITED,<br><br>                       Defendants. | Case Number 18-cv-00345 (SJF) (AYS) |

## CERTIFICATE OF SERVICE

The undersigned, an attorney with Plaintiff Commodity Futures Trading Commission, hereby certifies that on February 1, 2018, true and accurate copies of the foregoing Notice of Motion to Admit Counsel Pro Hac Vice, Declaration of David W. MacGregor in Support of Motion to Admit Counsel Pro Hac Vice, and [Proposed] Order Granting Motion to Admit Counsel Pro Hac Vice were served, via U.S. mail, upon the following parties:

**Dillon Michael Dean**
1003 Venice St.
Longmont, CO 80501

**The Entrepreneurs Headquarters Limited**
c/o Dillon Michael Dean
1003 Venice St.
Longmont, CO 80501

Dated: February 1, 2018

                                         s/ David C. Newman
                                         David C. Newman
                                         Commodity Futures Trading Commission
                                         Division of Enforcement
                                         140 Broadway, 19th Floor
                                         New York, NY  10005
                                         dnewman@cftc.gov
                                         (646) 746-9740