UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

                              Plaintiff,

v.

DILLON MICHAEL DEAN and THE
ENTREPRENEURS HEADQUARTERS
LIMITED,

                              Defendants.

Case Number 18-cv-00345 (SJF) (AYS)

## CERTIFICATE OF SERVICE

The undersigned, an attorney with Plaintiff Commodity Futures Trading Commission,

hereby certifies that on February 6, 2018, a true and accurate copy of the foregoing Notice of

Appearance of Counsel was served, via U.S. mail, upon the following parties:

**Dillon Michael Dean**
1003 Venice St.
Longmont, CO 80501

**The Entrepreneurs Headquarters Limited**
c/o Dillon Michael Dean
1003 Venice St.
Longmont, CO 80501

Dated:  February 6, 2018

s/ David C. Newman
David C. Newman
Commodity Futures Trading Commission
Division of Enforcement
140 Broadway, 19th Floor
New York, NY  10005
dnewman@cftc.gov
(646) 746-9740