UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

                              Plaintiff,

v.

DILLON MICHAEL DEAN and THE
ENTREPRENEURS HEADQUARTERS
LIMITED,

                              Defendants.

Case Number 18-cv-00345 (SJF) (AYS)

## CERTIFICATE OF SERVICE

The undersigned, an attorney with Plaintiff Commodity Futures Trading Commission,

hereby certifies that on February 6, 2018, a true and accurate copy of the Notice of Hearing that

was electronically filed on the docket in this case on January 19, 2018 was served, via U.S. mail,

upon the following parties:

**Dillon Michael Dean**
1003 Venice St.
Longmont, CO 80501

**The Entrepreneurs Headquarters Limited**
c/o Dillon Michael Dean
1003 Venice St.
Longmont, CO 80501

Dated:  February 6, 2018

s/ David C. Newman
David C. Newman
Commodity Futures Trading Commission
Division of Enforcement
140 Broadway, 19th Floor
New York, NY  10005
dnewman@cftc.gov
(646) 746-9740