UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,

v.

DILLON MICHAEL DEAN and THE
ENTREPRENEURS HEADQUARTERS
LIMITED,

                Defendants.

Case Number 18-cv-00345 (SJF) (AYS)

**CERTIFICATE OF ATTEMPTED SERVICE**

The undersigned, an attorney with Plaintiff Commodity Futures Trading Commission, hereby certifies that on February 14 and 15, 2018, I caused true and correct copies of the summons (ECF No. 3) and complaint (ECF No. 1) in this matter to be attempted to be served on Defendant Dillon Michael Dean ("Dean") as follows:

On February 14, 2018, I caused copies of the summons and complaint to be mailed to Dean at 1003 Venice St., Longmont, CO 80501, in an envelope that was marked "personal and confidential" with no return address or any other indication that it was from an attorney or concerned any action against Dean.

On February 15, 2018 at 2:25 p.m., a private process server retained by the Commission left copies of the summons and complaint with Christina Kielnecker, at 1003 Venice St., Longmont, CO 80501.  See the attached Affidavit of Service of the

process server.

Dated:  March 6, 2018
                                       <u>s/ David C. Newman</u>
David C. Newman
Commodity Futures Trading Commission
Division of Enforcement
140 Broadway, 19th Floor
New York, NY  10005
dnewman@cftc.gov
(646) 746-9740