# AFFIDAVIT OF SERVICE

| Case: 18CV00345(SJF)(AYS) | Court: United States District Court for the Eastern District of New York | County: , NY | Job: 2026626 |
|---|---|---|---|
| **Plaintiff / Petitioner:** COMMODITY FUTURES TRADING COMMISSION | | **Defendant / Respondent:** DILLON MICHAEL DEAN and THE ENTREPRENEURS HEADQUARTERS LIMITED | |
| **Received by:** PI 2 Investigations, LLC | | **For:** Commodity Futures Trading Commission | |
| **To be served upon:** Dillon Michael Dean - The Entrepreneurs Headquarters LImited | | | |

I, Jennifer Flood, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Christina Kielnecker, Home: 1003 Venice St, Longmont, CO 80501
**Manner of Service:** Substitute Service - Abode, Feb 15, 2018, 2:25 pm MST
**Documents:** Summons, Complaint

**Additional Comments:**
1) Successful Attempt: Feb 15, 2018, 2:25 pm MST at Home: 1003 Venice St, Longmont, CO 80501 received by Christina Kielnecker. Other: Home owner of last known residences of Dillon Dean;
Homeowner Christina Kielnecker answered the door, acknowledging who she was. She stated Dillon had moved out 3 weeks ago upon her telling him to do so. She stated she had no contact with him since he left, however, made a comment a short time later saying his number she had was disconnected.
Christina also stated Dillon had been driving her vehicle and got pulled over and her vehicle was impounded at that time due to Dillon having no license - her vehicle is still in the impound lot.

_Jennifer Flood_        2/20/18
Jennifer Flood         Date
PI2000404

PI 2 Investigations, LLC
201 Coffman Street 1682
Longmont, CO 80502
720-773-0074

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

2/20/18                    June 20, 2018
Date                      Commission Expires

DANIEL A HILDEBRAND
Notary Public – State of Colorado
Notary ID 20144024665
My Commission Expires Jun 20, 2018